■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY JOSEPH, Appellant. [714 NYS2d 892] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Jones, J.), rendered July 8, 1997, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review (*see,* CPL 470.05 [2]) or without merit. Santucci, J. P., Thompson, Sullivan and Goldstein, JJ., concur.